

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Jose Carrasco Palacios, | § | No. 08-16-00355-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| Texas Department of Public Safety, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016-CCV-00809) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **May 2, 2017.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Josh Herrera, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **May 2, 2017.**

IT IS SO ORDERED this 12th day of April, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.